IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RICHARD L. WATKINS,

      Appellant,

 v.

Case No.  5D21-2626
LT Case No. 2021-CC-13178

SFR ORLANDO OWNER 1, LP,

      Appellee.

_____/

Decision filed October 11, 2022

Appeal from the County Court
for Orange County,
Amy J. Carter, Judge.

Richard Lee Watkins, Hawthorne, CA, pro se.

William J. McCabe, Longwood, for Appellee.

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS and WOZNIAK, JJ., concur.